# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In re: § Case No. 20-32099-JDA
§
ROGER A. KAHL §
§
§
Debtor § §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/29/2020. The undersigned trustee was appointed on 12/29/2020.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of $10,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $1.36 |
    | Bank service fees | $91.65 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $9,906.99 |

    The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6. The deadline for filing non-governmental claims in this case was 05/11/2021 and the deadline for filing government claims was 06/10/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,750.00, for a total compensation of $1,750.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $37.00, for total expenses of $37.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/02/2022                    By:    /s/ Samuel D. Sweet

                                           Trustee

STATEMENT: This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| **Case No.:** | 20-32099-JDA | |
| **Case Name:** | KAHL, ROGER A. | |
| **For the Period Ending:** | 6/2/2022 | |

| | |
|---|---|
| **Trustee Name:** | Samuel D. Sweet |
| **Date Filed (f) or Converted (c):** | 12/29/2020 (f) |
| **§341(a) Meeting Date:** | 02/04/2021 |
| **Claims Bar Date:** | 05/11/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 6401 Birch Meadows Ln. Fowlerville MI 48836 | $180,000.00 | $10,000.00 | | $10,000.00 | FA |
| 2 | 2016 Ford Focus Mileage: 70000 | $4,000.00 | $0.00 | | $0.00 | FA |
| 3 | 2018 Ford Escape Mileage: 00 Other Information: Lease | $0.00 | $0.00 | | $0.00 | FA |
| 4 | 2006 Jeep Liberty Mileage: 120000 | $1,000.00 | $0.00 | | $0.00 | FA |
| 5 | Misc. household goods including couches, chairs, tables, beds and bedroom furniture, kitchen supplies, ect | $2,000.00 | $0.00 | | $0.00 | FA |
| 6 | Misc. personal electronics including cell phones, televisions, ect... | $1,000.00 | $0.00 | | $0.00 | FA |
| 7 | 2 pistol 3 rifles | $1,000.00 | $0.00 | | $0.00 | FA |
| 8 | Misc. personal clothing | $400.00 | $0.00 | | $0.00 | FA |
| 9 | 2 dogs | $100.00 | $0.00 | | $0.00 | FA |
| 10 | Huntington Bank | $230.00 | $0.00 | | $0.00 | FA |
| 11 | LOC Federal Credit Union | $5.00 | $0.00 | | $0.00 | FA |
| 12 | LOC Federal Credit Union | $5.00 | $0.00 | | $0.00 | FA |
| 13 | Huntington Bank | $50.00 | $0.00 | | $0.00 | FA |
| 14 | 401(k) | $45,807.00 | $0.00 | | $0.00 | FA |
| 15 | 2020 YTD accrued tax refund | $3,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| $238,597.00 | $10,000.00 | | | $10,000.00 | $0.00 |

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/29/2022 |
| **Current Projected Date Of Final Report (TFR):** | 12/29/2022 |

/s/ SAMUEL D. SWEET

SAMUEL D. SWEET

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 20-32099-JDA |
| **Case Name:** | KAHL, ROGER A. |
| **Primary Taxpayer ID #:** | **-***6068 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 12/29/2020 |
| **For Period Ending:** | 6/2/2022 |

| | |
|---|---|
| **Trustee Name:** | Samuel D. Sweet |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0138 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/28/2021 | (1) | Roger A. Kahl | Payment on Compromise w/Debtor p/o 4/16/2021 | 1110-000 | $3,000.00 | | $3,000.00 |
| 04/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $0.67 | $2,999.33 |
| 05/28/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.45 | $2,994.88 |
| 06/30/2021 | (1) | Roger A. Kahl | Payment on Compromise w/Debtor p/o 4/16/2021 | 1110-000 | $600.00 | | $3,594.88 |
| 06/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.33 | $3,590.55 |
| 07/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $5.33 | $3,585.22 |
| 08/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $5.32 | $3,579.90 |
| 09/29/2021 | (1) | Roger Kahl | Payment on Compromise w/Debtor p/o 4/16/2021 | 1110-000 | $900.00 | | $4,479.90 |
| 09/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $5.23 | $4,474.67 |
| 10/29/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $6.65 | $4,468.02 |
| 11/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $6.42 | $4,461.60 |
| 12/14/2021 | (1) | Roger Kahl | Payment on Compromise w/Debtor p/o 4/16/2021 | 1110-000 | $600.00 | | $5,061.60 |
| 12/22/2021 | 3001 | Insurance Partners | Chapter 7 Blanket Bond Renewal Invoice #827357; Policy No. 3517698, 11/1/2021 - 11/1/2022 | 2300-000 | | $1.36 | $5,060.24 |
| 12/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $7.14 | $5,053.10 |
| 01/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $7.51 | $5,045.59 |
| 02/11/2022 | (1) | Roger A. Kahl | Payment on Compromise w/Debtor p/o 4/16/2021 | 1110-000 | $600.00 | | $5,645.59 |
| 02/28/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $7.29 | $5,638.30 |
| 03/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $8.38 | $5,629.92 |
| 04/20/2022 | (1) | Roger A. Kahl | Payment on Compromise w/Debtor p/o 4/16/2021 | 1110-000 | $2,000.00 | | $7,629.92 |
| 04/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $9.21 | $7,620.71 |
| 05/11/2022 | (1) | Roger Kahl | Payment on Compromise w/Debtor p/o 4/16/2021 | 1110-000 | $2,300.00 | | $9,920.71 |
| 05/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $13.72 | $9,906.99 |
| | | | **SUBTOTALS** | | $10,000.00 | $93.01 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|---|
| Case No. | 20-32099-JDA | | Trustee Name: | Samuel D. Sweet |
| Case Name: | KAHL, ROGER A. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***6068 | | Checking Acct #: | ******0138 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 12/29/2020 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 6/2/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $10,000.00 | $93.01 | $9,906.99 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $10,000.00 | $93.01 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $10,000.00 | $93.01 | |

**For the period of  12/29/2020 to 6/2/2022**

| | |
|---|---|
| Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $93.01 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $93.01 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 02/16/2021 to 6/2/2022**

| | |
|---|---|
| Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $93.01 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $93.01 |
| Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 20-32099-JDA | | Trustee Name: | Samuel D. Sweet |
| Case Name: | KAHL, ROGER A. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***6068 | | Checking Acct #: | ******0138 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 12/29/2020 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 6/2/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $10,000.00 | $93.01 | $9,906.99 |

**For the period of 12/29/2020 to 6/2/2022**

| | |
|---|---|
| Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $93.01 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $93.01 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/29/2020 to 6/2/2022**

| | |
|---|---|
| Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $93.01 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $93.01 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ SAMUEL D. SWEET

SAMUEL D. SWEET

**Case No.** 20-32099-JDA

**Case Name:** KAHL, ROGER A.

**Claims Bar Date:** 05/11/2021

**Trustee Name:** Samuel D. Sweet

**Date:** 6/2/2022

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | SAMUEL D. SWEET<br><br>52 E. Burdick St. #10<br>Oxford MI 48371 | Trustee Compensation | Allowed | 2100-000 | $1,750.00 | $0.00 | $0.00 | $0.00 | $1,750.00 |
| | SAMUEL D. SWEET<br><br>52 E. Burdick St. #10<br>Oxford MI 48371 | Trustee Expenses | Allowed | 2200-000 | $37.00 | $0.00 | $0.00 | $0.00 | $37.00 |
| | SAMUEL D. SWEET, PLC<br><br>52 E. Burdick St. #10<br>Oxford MI 48371 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $23.44 | $0.00 | $0.00 | $0.00 | $23.44 |
| | SAMUEL D. SWEET, PLC<br><br>52 E. Burdick St. #10<br>Oxford MI 48371 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $3,450.00 | $0.00 | $0.00 | $0.00 | $3,450.00 |
| 1 | FORD MOTOR CREDIT COMPANY, LLC DEPT. 55953<br>PO Box 55000<br>Detroit MI 48255-0953 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $7,021.57 | $0.00 | $0.00 | $0.00 | $7,021.57 |
| 2 | CITIBANK, N.A.<br><br>5800 S Corporate Pl<br>Sioux Falls SD 57108-5027 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $411.26 | $0.00 | $0.00 | $0.00 | $411.26 |

**Claim Notes:** (2-1) Money Loaned

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 3 | LOC FEDERAL CREDIT UNION<br><br>22981 Farmington Rd.<br>Farmington MI 48336-3915 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $96.00 | $0.00 | $0.00 | $0.00 | $96.00 |

**Claim Notes:** (3-1) OVERDRAFT

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 4 | LOC FEDERAL CREDIT UNION<br><br>22981 Farmington Rd.<br>Farmington MI 48336-3915 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $10,278.28 | $0.00 | $0.00 | $0.00 | $10,278.28 |

**Claim Notes:** (4-1) VISA PLATINUM DATED 3/10/14

Case No.: <u>20-32099-JDA</u>                                                                                          Trustee Name: <u>Samuel D. Sweet</u>
Case Name: <u>KAHL, ROGER A.</u>                                                                                     Date: <u>6/2/2022</u>
Claims Bar Date: <u>05/11/2021</u>

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR MERCURY FINANCIAL LLC PO Box 788 Kirkland WA 98083-0788 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $3,885.60 | $0.00 | $0.00 | $0.00 | $3,885.60 |

**Claim Notes:**    (5-1) Money Loaned

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6 | RESURGENT RECEIVABLES, LLC RESURGENT CAPITAL SERVICES PO Box 10587 Greenville SC 29603-0587 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,097.79 | $0.00 | $0.00 | $0.00 | $2,097.79 |
| 7 | RESURGENT RECEIVABLES, LLC RESURGENT CAPITAL SERVICES PO Box 10587 Greenville SC 29603-0587 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $427.06 | $0.00 | $0.00 | $0.00 | $427.06 |
| | | | | | **$29,478.00** | **$0.00** | **$0.00** | **$0.00** | **$29,478.00** |

| | |
|---|---|
| **Case No.** | 20-32099-JDA |
| **Case Name:** | KAHL, ROGER A. |
| **Claims Bar Date:** | 05/11/2021 |

| | |
|---|---|
| **Trustee Name:** | Samuel D. Sweet |
| **Date:** | 6/2/2022 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $23.44 | $23.44 | $0.00 | $0.00 | $0.00 | $23.44 |
| Attorney for Trustee Fees (Trustee Firm) | $3,450.00 | $3,450.00 | $0.00 | $0.00 | $0.00 | $3,450.00 |
| General Unsecured § 726(a)(2) | $24,217.56 | $24,217.56 | $0.00 | $0.00 | $0.00 | $24,217.56 |
| Trustee Compensation | $1,750.00 | $1,750.00 | $0.00 | $0.00 | $0.00 | $1,750.00 |
| Trustee Expenses | $37.00 | $37.00 | $0.00 | $0.00 | $0.00 | $37.00 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:     20-32099-JDA
Case Name:   ROGER A. KAHL
Trustee Name:  Samuel D. Sweet

Balance on hand:                 $9,906.99

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:         $0.00
Remaining balance:         $9,906.99

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Samuel D. Sweet, Trustee Fees | $1,750.00 | $0.00 | $1,750.00 |
| Samuel D. Sweet, Trustee Expenses | $37.00 | $0.00 | $37.00 |
| Samuel D. Sweet, PLC, Attorney for Trustee Fees | $3,450.00 | $0.00 | $3,450.00 |
| Samuel D. Sweet, PLC, Attorney for Trustee Expenses | $23.44 | $0.00 | $23.44 |

Total to be paid for chapter 7 administrative expenses:     $5,260.44
Remaining balance:     $4,646.55

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $4,646.55

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:     $0.00

Remaining balance:  $4,646.55

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $24,217.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Ford Motor Credit Company, LLC Dept. 55953 | $7,021.57 | $0.00 | $1,347.20 |
| 2 | Citibank, N.A. | $411.26 | $0.00 | $78.91 |
| 3 | LOC Federal Credit Union | $96.00 | $0.00 | $18.42 |
| 4 | LOC Federal Credit Union | $10,278.28 | $0.00 | $1,972.06 |
| 5 | Quantum3 Group LLC as agent for Mercury Financial LLC | $3,885.60 | $0.00 | $745.52 |
| 6 | Resurgent Receivables, LLC Resurgent Capital Services | $2,097.79 | $0.00 | $402.50 |
| 7 | Resurgent Receivables, LLC Resurgent Capital Services | $427.06 | $0.00 | $81.94 |

Total to be paid to timely general unsecured claims:  $4,646.55
Remaining balance:  $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:  $0.00
Remaining balance:  $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |